No. 132.   Nesbitt *v.* Gill, Commissioner of Revenue.
*Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Bacon & Sons* v. *Martin,* 305 U. S. 380; *Gregg Dyeing Co.* v. *Query,* 286 U. S. 472. *Silas G. Bernard* for appellant.   *Harry McMullan,* Attorney General of North Carolina, for appellee.

No. 173.   Mester et al. *v.* United States et al.

*Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Federal Communications Comm'n* v. *WOKO,* 329 U. S. 223. Mr. Justice Black took no part in the consideration or decision of this case.   *Philip J. Hennessey, Jr., Paul M. Segal, Bernard Noskin* and *Harry P. Warner* for appellants.   *Acting Solicitor General Washington* for the United States and the Federal Communications Commission; *Sanford H. Cohen* for Bulova et al.; and *Lynne A. Warren* for O'Dea, appellees.

Nos. 165 and 166.   Tampa Times Co. et al. *v.* City of Tampa.
*Per Curiam:* The appeals are dismissed for want of a substantial federal question.   *Chester H. Ferguson* and *John Henry Lewin* for appellants.

No. 267.   Allen *v.* Glenn L. Martin Co. et al.;
No. 268.   Hyman *v.* Tyler et al.; and
No. 269.   Benoni *v.* Bethlehem Fairfield Shipyard, Inc. et al.
*Per Curiam:* The motions to dismiss are granted and the appeals are dismissed for want of a sub-